No. 7,265.—F. M. WALL COMPANY, RESPONDENT, *v.* H. E. MARSHALL ET AL., DEFENDANTS.

Decided April 3, 1934.

PER CURIAM.—On motion of respondent, it is ordered that the appeal of defendants John E. and Lida Sadring

from the judgment entered on July 12, 1933, in this cause, be, and the same is hereby, dismissed on the ground of laches.

*Messrs. Brown, Wiggenhorn & Davis,* and *Mr. F. V. Watts,* for Respondent.

*Mr. F. W. Mettler,* and *Mr. Carl N. Thompson,* for Appellants.